# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

LEGAL MAIL
Provided to Florida State Prison on
3 5 2   for mailing by _B___

Michael Johnson ,

Inmate ID Number: T49278 ,

Michael Johnson T49278 ,
*(Write the full name and inmate ID*
*number of the Plaintiff.)*

**SECOND AMENDED COMPLAINT**

**Case No.:** 3:21-cv-1428-LC-HTC
*(To be filled in by the Clerk's Office)*

**v.**

McFall, Mc, Corrections officer,

_____ ,

_____ ,

*(Write the full name of each*
*Defendant who is being sued. If the*
*names of all the Defendants cannot*
*fit in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names. Do not include*
*addresses here.)*

_____ /

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
Claim and Official/Forms

1

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: <u>Michael Jonson</u>   ID Number: <u>T49273</u>

List all other names by which you have been known: _____

Current Institution: <u>Florda State Prison</u>

Address: <u>P.O. Box 800 Raiford FL 32083</u>

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.   Do this for *every* Defendant:

1. Defendant's Name: <u>McFall, Mc</u>

   Official Position: <u>Correctional officer (Sgt)</u>

   Employed at: <u>Santa Rosa Correctional Institution</u>

   Mailing Address: <u>5850 Milton Road, Milton,</u>
   <u>FLorida, 32583</u>

   ☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

2. Defendant's Name: Ass. Warden J. Santiago

Official Position: Assistant Warden

Employed at: Santa rosa Correctional

Mailing Address: 5850 Milton road, Milton

Florida 32583

☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

3. Defendant's Name: Walker Clemmons

Official Position: Warden

Employed at: Santa rosa Correctional

Mailing Address: 5850 Milton road, Milton

Florid 32583

☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☑ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.* You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.* (page 1 of 4)

(1) At all times relevant to this case, Plaintiff Michael Johnson and Zackarah Foust shared a cell in B, dorm wing 3, Cell 1120

(2) After a few weeks in my cell foust started making gay advances twards Johnson, Plaintiff told foust to please stop and explaind stating "I am a man of God." (3) Johnson made it known to Sgt, McFall a defendant, who is at all times relevant to this case, that foust was sexually assaulting Johnson for the first time late novevember, early december, (4) At this time Sgt. McFall stated to Johnson "You know the rules fuck or fight (5) A second time after waking up and finding myself on the floor, I complianed to McFall stating "Prea" and was told "use the Phone that what Botton (8) eight is for", Why you telling me. (6) Plaintiff Johnson feels the disregard and breach of Prison regulations by McFall, Caused foust to become mad resent and drug and rape Johnson on 01/02/2020, (7) late at knight While Johnson slept foust blew (K2) Smoke in Johnson's Face, Wich Caused Johnson to have a seizure, At this time foust raped Johnson, The next morning after Johnson had gotten foust's home made

**Statement of Facts Continued** *(Page 2 of 4 )*

Wepon (razor) he hid it out of sight, Then asked foust to leave the room, At no time of during Johnson asking foust to leave did he make any threats are brandish A wepon. (8) foust Started kicking the door, And got the attention of officer Jacobson, Foust told Jacobson, "he wanted to be moved. (9) Jacobson at this time left and returned with Sgt McFall. (10) McFall Took one look at Johnson and Foust and already knew, And said "No No", I told Yall Im not moving Yall. (11) At this time Johnson, Wich was sitting on the top bunk the whole time, Jumped down Crying and told McFall Foust had been raping him against his will, McFall became mad and walked away With out a ward (12) McFall returned later to remove foust but refused my (PREA) and wrote Plaintiff a, D.R. In retaliation and also as means of punishment for Plaintiffs, Prea request and please for help, And made light jokes of me saying Im a man of GOD see Exibit B. (13) Badly beaten and Injured from the Sexual assault and in fear from threats and being labled a snitch. Plaintiff waited and prayed for help. (14) After days of being refused help, Plaintiff was able to tell officer Smith of the abuse and Rape and being refused Prea, On 01/07/2020

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

25 Plaintiff reallege and incorporate by reference Paragraphs 1-32 26 The rape, negligence, unsafe Conditions, Violated Plaintiff's rights under the Eighth Amendment to the United States Constitution and caused Plaintiff pain, suffering, and physical Injury and emotional disstress, from defendants: McFall, J. Santiago, And

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

27 **WHEREFORE**, plaintiff respectfully pray that this Court enter judgment: 28 granting Plaintiff a declaration that the acts and omissions described herein Violated his rights under the Constitution and laws of the United States, And 29 A permanent and preliminanary     See pg (2 of 2)

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.   42 U.S.C. § 1997e(a).   **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a

reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☑NO

If you answered yes, identify the case number, date of dismissal and

court: I have had fake case filed as mention in First Complaint
I have never filed myself.

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with

the same facts or issue involved in this case?

☐ YES   ☑NO

If you answered yes, identify the case number, parties, date filed, result

*(if not still pending)*, name of judge, and court for each case *(if more*

*than one)*:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☑NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to**

**disclose all prior cases may result in the dismissal of this case.**)*


## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all

continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 03/04/22  Plaintiff's Signature: _____

Printed Name of Plaintiff: Michael Johnson  T49278

Correctional Institution: Florida State Prison

Address: Po Box 800, Raiford Fl 32083

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in

the prison's mail system for mailing on the __4__ day of __March__ ,

20 __22__ .


Signature of Incarcerated Plaintiff: _____

**Statement of Facts Continued** *(Page 4 of 4 )*

(20) Wich was Approved see Exibit (A) and (c). (21) Defendent Jd. Santiaga who is the Asst Warden recived numerus grievances, to please do Something about the abuse to Inmates from officers and Inmates When trying to get out the Cell from a roomate that does not have the Same Sexule prefrence, And while under the color of law refused to take heed of the warnings from Plaintiff and other Inmates of the passablity of a harmfull Situation See (22) grievance, Marked Exibit (D), Hernadez, Williams grievance to Asst. Warden fortold told and talked of the threat tD the Safty of Imates when being housed With gay are nonegay inmates and the acctions of security oficeer at Santa rosa, Later these same officer under J Santiago who is at all time relevent to this case, Made inmate (22) 23 Hernandez, beat me while I was in cuffs, I wrote many grievance Wich was not returned are misshandle J. Santiago and warden of (24) My fears and all Was over looked Plaintiff was transfered to a Much harder Prison and Subjected to treatment and conditions that are atypical and significant hardship in Punishment for Complaining and to keep Plaintiff from getting all the names for filling a througral

lawsuit by Warden, asst Warden and mcfall, Who is at all time relevant to this case

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.* (Page $\underline{3}$ of $\underline{4}$ )

officer Smith after talking to (4) four Wittnesses of mine left promissing to get Plaintiff the help he needed. (15) Later that Knight of 01/07/2020, I was pulled out my Cell an, O.I.C, And Sgt, Taken in a room, Assaulted with fist, threats and Walkie talkies, Johnson was told to pull his P.R.E.A, And Write a diffrent statement. (16) Johnson agreed to change his statement, because of fear of harm and being charged with any type of Crime And Make it to the Saffy of his cell. (17) Once Johnson made it to his Cell and the Safety of Camras and audio, Johnson refused to change his statement, The O.I.C. became upset and can be heard Making threats and demanding Johnson to change his state ments, Via audio, Wich Johnson refused all demands (18) O.I.C. Left and returned with medical that Same knight, Johnson Whent in a room with O.I.C. and medical and Expliand to them that he had been druged and raped (19) Medical Staff and O.I.C. made jokes and Kicked Johnson out, And Sent Johnson back to his cell, with No help at all, refussing to give me a proper check for rape, (20) I Johnson Imede

Hy Wote an Emergency grievance to the Secrfary of F.D.O.C

**Statement of Facts Continued** *(Page 2 of 2 )* (V. Statement of) CLAims

Plaintiff Johnson's rights under the Eighth Amendment to the United States Constitution and Causing Plaintiff pain Suffering physical injury and emotional distress, (37) Defendant J. Santiago is at all time relevent, being Asst Warden of Santa Rose, is responsible for Operations and Welfare of the inmates of that prison Showed negligence by failling to adequatly protect Plaintiff, reasonably answer Plaintiff's and other Inmates grievices and complaints Concerning Staff, Rape, Gays and none gays, Inmate celling, drugs and weapons, Defendants Santiagos actions Violated Plaintiff's Johnson's rights under the Eighth and first Amendments to the united States Constitution, and Caused Plaintiff, Pain, Soffering, Physical injury and emotional distress, That would have been prevented if not for the above deffendt's Actions, (40) **VI. RELIEF, REQuEsted** Continued

(40) Injunction ordering an investgation in to staments made herein on all deffendts; Change of Protacal were Religon and gay are none gay Inmates are not forced to Live togathe stating Compitibal and triening.

(41) (41) A preliminary Compensatory damages in the amount of $73,000 against each

defendant, Jointly and severally (42) Punitive damages in the Amount

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.* (V. STATMENT oF CLAiMS Pg 1 of 2)

Clemmons, (35) Defendant McFall showed negligence and cruel and unusual Punishment, by not Seperating Plaintiff and foust and farther Promoting the Abuse With actions listed Above, Not allowing Johnson to Make a Prea State and do all in his power and out of that power to Stop Plaintiff from getting help(PREA) By Writing fake d.r.' and Not letting Plaintiff Attend DR hearing as forms of punishment for him being A God Fearing man that did not Wanna Fight as Defendant McFall told Plaintiff was the only way to move. (36) Defendant W. Clemmons Who is at all times relevent being Warden of Sant Rosa, is responsible for operations and welfare of all the Inmates of that Prison, show negligence, and cruel and unusual Punishment, by failing to reasonably answer mine and others Administrative Complaints of Safty and The EZey Actcess to drugs and Weapons at Santa rose, At this prison drugs a super Super Super Cheap, over runned, having Plaintiff Shiped/transfered to a much worse (Death Row) Prison as a punish Plaintiff for his Complaints and use of Adminstrave

grievance Process, Defendants Clemmons actions Violated

## V. STATEMENT OF CLAIMS   *(Pag 2 of 2)* VI RELIEF REQUESTED

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

_____

_____

_____

_____

_____

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

(41) (42) of #73,000 against each defendant. (43) to be shiped back to Santa Rosa and (44) Charges pressed on foust for Rape (45) Plaintiff needs help with Mind, Bod, Soul by doctors. (46) Plaintiff seeks a jury trial on all issues triable by Jury. (47) Any Additional relief this court deems Just, proper, and equitabl

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

Exhibit
(A)

☐ **Third Party Grievance Alleging Sexual Abuse**

JAN 10 2020

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Johnson, Michael A — Last  First  Middle Initial

T49278 — DC Number

Santa rosa — Institution

Part A - Inmate Grievance                    20-6-01673

This is a Emergency Grievance of a Sensitive Nature due to the ~~unidentified~~ I was obstructed from making a Sexual Abuse claim; on January 03, 2020 I (Mr Johnson) Stoped Sgt. McFAll, M.C. And reported a Sexual Abuse; Not only did I stop officers but inmate foust also Stoped them And asked to be removed from the room and was told "NO". Wich Can be heard via Audio At Approx, 10:50AM, At this time McFAll came to my and told us No, I had mental brake down and jumped of my bunk crying and told Sgt. McFall, "I am a man of GOD and this man keep try to kill my Soul by haveing sexual relations with me" and Sgt McFall Became mad and over looked my Prea allegation. Sgt McFall wrote me a DR. Trying" Obstruct my Prea allegation. This was a very embarrassing Situation for me. on January 07, 2020 I finaly got help This day When I told the D.R. Investigating officer of my Prea allegations. This is the Second document time of me asking for help, The Investigating oficer ask me did they send any body to see me I told him No, He then told me "I got you I'll Send Someone. latter at APPOX 5:30 Pm (01/07/2020) I was pulled

SOSO

Exhibit (D)

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

119-1909 0007

Mail Number: _____
Team Number: _____
Institution: Santa Rosa m/u

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name: Hernandez, William | DC Number: M27195 | Quarters: B3120 | Job Assignment: N/A | Date: 9-3-19 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

This initial statement of complaint is made against security at Santa Rosa C.I. main unit for the violation of rule 33-601.800(6)(c) FAC. I was moved on 8-30-19 from C-dorm to B-dorm and placed in a cell with another inmate. When I was brought into B-dorm/B3120 at no time was I given a chance to view the inmate already in the cell and when I attempted to look into the cell I was held back by C.O. Miller who then stated "Aint no refusing" your going in there. At no time was I interviewed in any form or asked if the inmate in the cell was a threat to me or I to him.
I am a gay inmate who not all inmates accept as roommate, which imposes a threat to my staffy when being housed with a non-gay inmate.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): William Hernandez          DC#: M27195

2K Hughes
cell mate

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                              DATE RECEIVED:   SEP 0 3 2019

Your Grievance has been received, reviewed, and Evaluated according to IBIS you and your current roommate are Compatible To be housed Together.

Therefore your Grievance is Denied

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved) If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): C. Alvn | Official (Signature): C. Alvn | Date: 9/7/19 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

WITH AGENCY SEE

JAN 22 2020

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| JOHNSON, MICHAEL | T49278 | 20-6-01673 | SANTA ROSA C.I. | E3217U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The issue of your complaint has been referred to the Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling. This may or may not result in a personal interview with you.

As action has been initiated, you may consider your appeal approved from that standpoint. This does not constitute substantiation of your allegations.

A. JOHNS

*A. Johns*

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

1-17-20

Exhibit
(C)

Michael Johnson T49278 L1224
Florida State Prison
PO Box 800
Raiford Florida 32083

Mailed From A State
Correctional Institution

RECEIVED MAR 07 2022

LEGAL MAIL

US District Court
Northern District of Florida
1 North Palafox street
Pensacola, Fl 32502

LEGAL MAIL
Provided to Florida State Prison on
38 for mailing by