UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL JOHNSON,

    Plaintiff,

v.                                          Case No. 3:21cv1428-LC-HTC

CORRECTIONS OFFICER M.C. MCFALL, et. al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 11, 2022 (ECF No. 13), recommending dismissal of Plaintiff's claims against Warden Clemmons and Assistant Warden J. Santiago; retaliation claim and official capacity claims against Officer McFall; and claims for declaratory and injunctive relief for failure to state a claim. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv1428-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Warden Clemmons and Assistant Warden J. Santiago be DISMISSED WITHOUT PREJUDICE for failure to state a claim and those defendants be terminated from this matter.

3. Plaintiff's retaliation claim and official capacity claims against Officer McFall be dismissed.

4. Plaintiff's claims for declaratory and injunctive relief be DISMISSED WITHOUT PREJUDICE for failure to state a claim.

**DONE AND ORDERED** this 15th day of June, 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1428-LC-HTC