UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL JOHNSON,

    Plaintiff,

v.                                         Case No. 3:21cv01428-LC-HTC

M C MCFALL,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 26, 2023, (ECF No. 77), recommending Defendants' motion for summary judgment be granted for Plaintiff's failure to exhaust administrative remedies. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 77) is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment, ECF Doc. 58, is GRANTED.

3. The clerk is directed to enter judgment in favor of Defendant McFall and close the file.

**DONE AND ORDERED** this 1st day of August, 2023.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv10061-LC-HTC