**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MICHAEL JOHNSON

     VS                                 CASE NO.  3:21-cv-01428-LC-HTC

M C MCFALL

### JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Defendants' Motion for Summary

Judgment is GRANTED. The clerk is directed to enter judgment in favor of Defendant

MCFALL and close the file.

                               JESSICA J. LYUBLANOVITS
                               CLERK OF COURT

 August 1, 2023               /s/ *Monica Broussard*
DATE                            Deputy Clerk: Monica Broussard